NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ANTONIO ANDREWS, DOC #H49934, )
)
        Appellant, )
)
v. )    Case No. 2D18-556
)
STATE OF FLORIDA, )
)
        Appellee. )
_____ )

Opinion filed October 31, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; Neil A. Roddenberry,
Judge.

Antonio Andrews, pro se.


PER CURIAM.


      Affirmed.


SILBERMAN, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.